UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 08 B 30941
    MARSHA Y SIMMONS
                                                CHAPTER 13

                                                JUDGE: SUSAN PIERSON SONDERBY
            Debtor
    SSN XXX-XX-5091

--------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 11/13/2008 and was not confirmed.

    The case was dismissed without confirmation 01/29/2009.
--------------------------------------------------------------------------------

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| PAYDAY LOAN STORE | SECURED | 1500.00 | .00 | .00 |
| SCHOTTLER & ASSOCIATES | PRIORITY | NOT FILED | .00 | .00 |
| NEXTEL | UNSECURED | NOT FILED | .00 | .00 |
| HR BLOCK | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD | UNSECURED | NOT FILED | .00 | .00 |
| ASSETCARE | NOTICE ONLY | NOT FILED | .00 | .00 |
| AT&T | UNSECURED | NOT FILED | .00 | .00 |
| BANK FIRST B-LINE LLC | UNSECURED | NOT FILED | .00 | .00 |
| BALABAN FURNITURE | UNSECURED | NOT FILED | .00 | .00 |
| BALLYS TOTAL FITNESS | UNSECURED | 258.24 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND CREDIT MANAGEMEN | UNSECURED | 1139.56 | .00 | .00 |
| MELANIE FITNESS CENTER | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO DEPT OF | UNSECURED | 590.00 | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMMONWEALTH EDISON | UNSECURED | NOT FILED | .00 | .00 |
| CONTINENTAL FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANK OF DELAWARE | UNSECURED | NOT FILED | .00 | .00 |
| FIRST BANK | UNSECURED | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS | UNSECURED | 637.99 | .00 | .00 |
| ARROW FINANCIAL SERV | UNSECURED | 399.49 | .00 | .00 |
| FIRST BANK OF DELWARE | NOTICE ONLY | NOT FILED | .00 | .00 |
| SPRINT | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STATE TOLL | UNSECURED | NOT FILED | .00 | .00 |
| GEICO INSURANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| GFG LOAN CO | UNSECURED | NOT FILED | .00 | .00 |
| GINNYS | UNSECURED | NOT FILED | .00 | .00 |
| GREGORY EMERGENCY PHYSIC | UNSECURED | NOT FILED | .00 | .00 |
| H&R BLCOK | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | NOTICE ONLY | NOT FILED | .00 | .00 |
| ST FRANCIS HOSPITAL | NOTICE ONLY | NOT FILED | .00 | .00 |
| WASHINGTON MUTUAL | UNSECURED | NOT FILED | .00 | .00 |

| | | | | |
|---|---|---|---|---|
| BRYLANE HOME | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF CHICAGO | UNSECURED | NOT FILED | .00 | .00 |
| OAK FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS STATE TOLL HIGH | UNSECURED | NOT FILED | .00 | .00 |
| NCO PORTFOLIO | UNSECURED | NOT FILED | .00 | .00 |
| MID ATLANTIC | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRIBUTE MASTERCARD | UNSECURED | NOT FILED | .00 | .00 |
| CERTGY | UNSECURED | NOT FILED | .00 | .00 |
| CERTGY | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| MUNICIPAL COLLECTION SER | UNSECURED | 50.00 | .00 | .00 |
| NCO FINANCIAL SYSTEMS IN | UNSECURED | NOT FILED | .00 | .00 |
| GREGORY PHYSICIANS | UNSECURED | NOT FILED | .00 | .00 |
| AMERIMARK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| OAK FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| OAK FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| PENN FOSTER EDUCATION DI | UNSECURED | NOT FILED | .00 | .00 |
| REDCATS | UNSECURED | NOT FILED | .00 | .00 |
| PEOPLES GAS LIGHT & COKE | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | NOTICE ONLY | NOT FILED | .00 | .00 |
| RJM ACQUISITIONS | UNSECURED | NOT FILED | .00 | .00 |
| SALUTE | UNSECURED | NOT FILED | .00 | .00 |
| CHARTER ONE | UNSECURED | NOT FILED | .00 | .00 |
| CERTEGY | UNSECURED | NOT FILED | .00 | .00 |
| SBC | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 367.46 | .00 | .00 |
| SEVENTH AVENUE | UNSECURED | NOT FILED | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| ST FRANCIS HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| CBUSA INC | UNSECURED | 150.00 | .00 | .00 |
| COUNTRY DOOR | UNSECURED | NOT FILED | .00 | .00 |
| COUNTRY DOOR | NOTICE ONLY | NOT FILED | .00 | .00 |
| TRIBUTE | UNSECURED | NOT FILED | .00 | .00 |
| PENN FOSTER | UNSECURED | NOT FILED | .00 | .00 |
| VICTOR JEFFERSON | UNSECURED | NOT FILED | .00 | .00 |
| MIDLAND FUNDING | NOTICE ONLY | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| OAK FOREST HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |
| UNKNOWN . | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNKNOWN . | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNKNOWN . | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNKNOWN . | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNKNOWN . | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNKNOWN . | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNKNOWN . | NOTICE ONLY | NOT FILED | .00 | .00 |
| UNKNOWN . | NOTICE ONLY | NOT FILED | .00 | .00 |

PAGE  2 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 30941 MARSHA Y SIMMONS

```
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
UNKNOWN .                   NOTICE ONLY   NOT FILED            .00              .00
SCHOTTLER & ASSOCIATES      DEBTOR ATTY          .00                           .00
TOM VAUGHN                  TRUSTEE                                            .00
DEBTOR REFUND               REFUND                                            .00
```

          Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                            .00

              PAGE  3 - CONTINUED ON NEXT PAGE
        CASE NO. 08 B 30941 MARSHA Y SIMMONS

```
PRIORITY                                                    .00
SECURED                                                     .00
UNSECURED                                                   .00
ADMINISTRATIVE                                              .00
TRUSTEE COMPENSATION                                        .00
DEBTOR REFUND                                               .00
                              ---------------    ---------------
TOTALS                                  .00                 .00
```

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.


Dated: 03/05/09                 /s/ Tom Vaughn
                                _____
                                TOM VAUGHN
                                CHAPTER 13 TRUSTEE